IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL STEVEN PRITCHARD and REBECCA DANIELLE PRITCHARD,<br><br>Debtors. | CASE NO. 19-42456-bem<br><br>CHAPTER: 7<br><br>JUDGE: BARBARA ELLIS-MONRO |
| PNC BANK, NATIONAL ASSOCIATION,<br><br>Movant,<br>v.<br><br>MICHAEL STEVEN PRITCHARD and REBECCA DANIELLE PRITCHARD, Debtors,<br>THOMAS D. RICHARDSON, Trustee,<br><br>Respondents. | CONTESTED MATTER |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Movant named above has filed a Motion for Relief from the Automatic Stay and related papers with the Court seeking an Order Granting Relief from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 342, United States Courthouse, 600 East First Street, Rome, Georgia 30161, at 10:15 A.M., on December 4, 2019.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 600 E. 1st St., Rm 339, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. If a final decision cannot be rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

*/s/ Radha Gordon*

Radha Gordon, Bar No.: 347192
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: rgordon@aldridgepite.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL STEVEN PRITCHARD and<br>REBECCA DANIELLE PRITCHARD,<br><br>Debtors. | CASE NO. 19-42456-bem<br><br>CHAPTER: 7<br><br>JUDGE: BARBARA ELLIS-MONRO |
| PNC BANK, NATIONAL ASSOCIATION,<br><br>Movant,<br>v.<br><br>MICHAEL STEVEN PRITCHARD and<br>REBECCA DANIELLE PRITCHARD,<br>Debtors,<br>THOMAS D. RICHARDSON, Trustee,<br><br>Respondents. | CONTESTED MATTER |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES PNC Bank, National Association (the "Movant") and moves this Court for relief from the automatic stay and shows the Court as follows:

1. On October 22, 2019, Debtors filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 7 and said case is pending before this Court.

2. Movant has a net claim in this case secured by a first priority lien against Debtors vehicle, to wit 2018 GMC Sierra having VIN No. 1GT42VCY5JF194260 (the "Collateral"). The approximate payoff is $53,732.83 with a delinquency of $3,125.43. Loan Agreement documents supporting the claim are served herewith on the parties.

3. As of November 1, 2019, three (3) payments of $1,041.81 each which totals to be $3,125.43 have been missed.

4. Movant estimates the value of the property to be $44,350.00, based upon Black

Book Lender Solutions Online Suite.

5. As of November 1, 2019, Movant's total claim is approximately $53,732.83. This is not an exact figure and may not be relied upon for payoff purposes.

6. According to the Debtors' Statement of Intent, the Collateral is to be surrendered.

7. Debtors do not have equity in the Collateral and the Collateral is not necessary for an effective reorganization. Since there is no equity in the Collateral to benefit the estate, the Trustee's interest should be abandoned.

8. Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to recover and dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral.

9. Movant requests that Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant prays that this Court:

(a) Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b) Grant Movant relief from the automatic stay under 11 U.S.C 362(d) so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated thereform to its claim in this case, and if the disposition results in a deficiency, amend its claim filed in this case, subject to objection;

(c) That Rule 4001(a)(3) be waived; and

(d)  Movant be granted such other and further relief as the Court deems just and proper.

*Radha Gordon*

Radha Gordon, Bar No.: 347192
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: rgordon@aldridgepite.com

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

**Buyer Name and Address** (Including County and Zip Code)
MICHAEL STEVEN PRITCHARD
33 FURROW LN
CHATSWORTH, GA 30705
MURRAY

**Co-Buyer Name and Address** (Including County and Zip Code)
REBECCA DANIELLE PRITCHARD
33 FURROW LANE
CHATSWORTH, GA 30705
MURRAY

**Seller-Creditor** (Name and Address)
HERITAGE BUICK GMC HONDA
965 Veterans Memorial Hwy Ne
Rome, GA 30161

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2018 | GMC SIERRA 3500HD | 1GT42VCY5JF194260 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural   N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. | Total Sale Price  The total cost of your purchase on credit, including your down payment of $3,000.00 is |
|---|---|---|---|---|
| 8.69 % | $ 18,010.82 | $ 60,124.93 | $ 78,135.75 | $ 81,135.75 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | 1,041.81 | Monthly beginning 04/04/18 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __50.00__ or __5__ % of the part of the payment that is late, whichever is less.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including taxes of $ __3,933.93__ )  $ __59,433.93__ (1)
2. Total Downpayment =
   Trade-in __N/A__ (Year) (Make) (Model)
   Gross Trade-In Allowance  $ N/A
   Less Pay Off Made By Seller  $ N/A
   Equals Net Trade In  $ N/A
   + Cash  $ 3,000.00
   + Other __N/A__  $ N/A
   (If total downpayment is negative, enter "0" and see 4I below)  $ __3,000.00__ (2)
3. Unpaid Balance of Cash Price (1 minus 2)  $ __56,433.93__ (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
     Life  $ N/A
     Disability  $ N/A   $ N/A
   B Vendor's Single Interest Insurance Paid to Insurance Company  $ N/A
   C Other Optional Insurance Paid to Insurance Company or Companies  $ N/A
   D Optional Gap Contract  $ 900.00
   E Official Fees Paid to Government Agencies
     to N/A for N/A  $ N/A
     to N/A for N/A  $ N/A
     to N/A for N/A  $ N/A
   F Government Taxes Not Included in Cash Price  $ N/A
   G Government License and/or Registration Fees  $ 92.00
   H Government Certificate of Title Fees  $ N/A
   I Other Charges (Seller must identify who is paid and describe purpose.)
     to N/A for Prior Credit or Lease Balance  $ N/A
     to HERITAGE BUICK GM for DOC FEE  $ 699.00
     to MASTERTECH SVC CO for SERVICE CONTRACT  $ 2,000.00
     to N/A for N/A  $ N/A
     to N/A for N/A  $ N/A
     to N/A for N/A  $ N/A
     to N/A for N/A  $ N/A
     to N/A for N/A  $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf  $ __3,691.00__ (4)
5. Amount Financed (3 + 4)  $ __60,124.93__ (5)

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is authorized to sell such insurance in Georgia. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ __N/A__
Credit Disability $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability ends on the original due date for the last payment unless a different term for the insurance is shown below.

PRITCHARD, MICHAEL
19-42456 Installment Loan Note

bae97bda-4f45-43a5-8e09-7b2fa966d716

**Other Optional Insurance**
☐ __N/A__  Type of Insurance  Term __N/A__
Premium $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__
☐ __N/A__  Type of Insurance  Term __N/A__
Premium $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X __N/A__   __N/A__
Buyer Signature   Date
X __N/A__   __N/A__
Co-Buyer Signature   Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay a charge equal to the greater of $30 or 5% of the check amount if any check you give us is dishonored and we make written demand that you do so.

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before __N/A__, Year __N/A__ /SELLER'S INITIALS __N/A__

**VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $ __N/A__** and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __75__ Mos.   Name of Gap Contract: MASTERTECH GAP

I want to buy a gap contract.
Buyer Signs X __Michael Pritchard__   Rebecca Pritchard

### NO COOLING OFF PERIOD
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.
Buyer Signs X __Michael Pritchard__   Co-Buyer Signs X __Rebecca Pritchard__
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

**NOTICE TO THE BUYER: Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X __Michael Pritchard__  Date __03/05/18__   Co-Buyer Signs X __Rebecca Pritchard__  Date __03/05/18__

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X __N/A__  Date __N/A__  Address __N/A__
Seller signs HERITAGE BUICK GMC HONDA  Date __03/05/18__  By X _____ Title _____

Seller assigns its interest in this contract to PNC BANK NA (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse  ☒ Assigned without recourse  ☐ Assigned with limited recourse

Seller HERITAGE BUICK GMC HONDA  By _____ Title _____

**LAW FORM NO. 553-GA 9/15**   U.S. PATENT NO. D460,782
©2015 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**ORIGINAL LIENHOLDER**

**OTHER IMPORTANT AGREEMENTS**

**FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay 15% of the amount you owe as attorney's fees, plus court costs. We will charge only attorney's fees and court costs the law permits.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **APPLICABLE LAW**
Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

If the goods or services are obtained primarily for business or agricultural use, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract, unless the law allows it.

Form No. 553-GA 9/15

# Georgia Certificate of Title

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| 1GT42VCY5JF194260 | GMC | 2018 | TRUCK | SIERRA K3500 | 8 | 03/23/2018 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | ODOMETER* | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 03/05/2018 | DIESEL | NEW | 000100 |  | / 1 | WHI / WHI |  |

**OWNER**

MICHAEL STEVEN PRITCHARD
REBECCA D PRITCHARD
33 FURROW LN
CHATSWORTH GA 30705-8200

MAIL TO:
PNC BANK NA
2730 LIBERTY AVE
PITTSBURGH  PA  15222-4704

*ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW

**1ST LIEN OR SECURITY INTEREST**

PNC BANK NA
2730 LIBERTY AVE
PITTSBURGH  PA  15222-4704

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

**RELEASE OF LIEN OR SECURITY INTEREST**

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | BY |
| 2ND LIEN | | BY |
| 3RD LIEN | | BY |

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

Lynnette T. Riley
STATE REVENUE COMMISSIONER

| T/O REV 1/08 | THIS TITLE MUST BE TRANSFERRED **IMMEDIATELY** INTO THE NEW OWNER'S NAME. CAUTION: $100 FINE OR 30 DAYS IMPRISONMENT FOR ACCEPTANCE OR DELIVERY OF EACH CERTIFICATE OF TITLE ASSIGNED IN BLANK. TAG REGISTRATION MUST BE TRANSFERRED WITHIN 30 DAYS OR OWNER WILL BE SUBJECT TO **FINE** OF UP TO **$100**. NEW VEHICLES MUST BE REGISTERED WITHIN 30 DAYS OF THE DATE OF PURCHASE. OWNER MUST COMPLETE ALL SPACES IN FULL. DO NOT USE RED INK. **NOTICE:** ANY ALTERATION VOIDS THIS TITLE |

## ASSIGNMENT AND WARRANTY OF TITLE BY OWNER

TO BE COMPLETED BY SELLER and delivered with the vehicle to the purchaser. Effective July 1, 2008, an application for new Certificate of Title must be made by purchaser on title application form and filed within 30 days of date of purchase in order to avoid $10.00 penalty. If the vehicle described hereon is junked or dismantled, this Certificate of Title must be returned to the Motor Vehicle Division within 72 hours. FEDERAL and State Law requires that you state the odometer reading in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment. The undersigned hereby sells, assigns or transfers the vehicle described on the face of this certificate to

**ALL BLOCKS MUST BE COMPLETED ACCURATELY. SUBMIT SIGNED & NOTARIZED AFFIDAVITS EXPLAINING ANY ERRORS.**

### NOTICE TO BUYER

PURCHASER'S LEGAL NAME
STREET OR R.F.D. NO.
CITY, STATE & ZIP CODE    COUNTY OF RESIDENCE
DATE OF SALE/TRANSFER / /
Any alteration or erasure of date of sale will result in a $10.00 Penalty Fee

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked"

ODOMETER READING   NO TENTHS
*CAUTION*
READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1 The odometer reading stated is in excess of its mechanical limits
☐ 2 The odometer reading is NOT the actual mileage
**WARNING: ODOMETER DISCREPANCY**

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW:

Transferor's (SELLER'S) Printed Name ___
Transferee's (BUYER'S) Printed Name ___
Transferor's (SELLER'S) Signature X
Transferee's (BUYER'S) Signature X

### 1st DEALER'S ASSIGNMENT

**DEALER (COMPLETE ALL SPACES IN FULL)    DO NOT USE RED INK**

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW
We also warrant this Title and certify that the vehicle described herein has been transferred to the following

Purchaser's Legal Name    Purchaser's Address    County of Residence
Dealer's Permanent ID Number or Dealer's Master Tag Number    **Unauthorized use may lead to prosecution**    Registered Dealer's Name

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked"
☐ 1 The odometer reading stated is in excess of its mechanical limits
☐ 2 The odometer reading is NOT the actual mileage
**WARNING: ODOMETER DISCREPANCY**

ODOMETER READING   NO TENTHS
Date of Sale/Transfer / /

Transferor's (SELLER'S) Printed Name ___
Transferee's (BUYER'S) Printed Name ___
Transferor's (SELLER'S) Signature X
Transferee's (BUYER'S) Signature X

### 2nd DLR. ASSIGNMENT

Purchaser's Legal Name    Purchaser's Address    County of Residence
Dealer's Permanent ID Number or Dealer's Master Tag Number    **Unauthorized use may lead to prosecution**    Registered Dealer's Name

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked"
☐ 1 The odometer reading stated is in excess of its mechanical limits
☐ 2 The odometer reading is NOT the actual mileage
**WARNING: ODOMETER DISCREPANCY**

ODOMETER READING   NO TENTHS
Date of Sale/Transfer / /

Transferor's (SELLER'S) Printed Name ___
Transferee's (BUYER'S) Printed Name ___
Transferor's (SELLER'S) Signature X
Transferee's (BUYER'S) Signature X

### 3rd DLR. ASSIGNMENT

Purchaser's Legal Name    Purchaser's Address    County of Residence
Dealer's Permanent ID Number or Dealer's Master Tag Number    **Unauthorized use may lead to prosecution**    Registered Dealer's Name

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked"
☐ 1 The odometer reading stated is in excess of its mechanical limits
☐ 2 The odometer reading is NOT the actual mileage
**WARNING: ODOMETER DISCREPANCY**

ODOMETER READING   NO TENTHS
Date of Sale/Transfer / /

Transferor's (SELLER'S) Printed Name ___
Transferee's (BUYER'S) Printed Name ___
Transferor's (SELLER'S) Signature X
Transferee's (BUYER'S) Signature X

### LIEN

**LIEN OR SECURITY INTEREST HOLDER TO BE RECORDED ON NEW TITLE**
The lien/security interest holder must be shown on the title application

LIEN/SECURITY INTEREST HOLDER'S Name
LIEN/SECURITY INTEREST HOLDER'S Address

**ATTN: DEALERS AND DISTRIBUTORS.** Retain a copy of front and back of this document. Retention period: 3 Years.

**NOTICE: ANY ALTERATION OR ERASURE VOIDS THIS TITLE**



# Lender Solutions Online Suite

Welcome [redacted] Log Out

24

Products

Used Car & Light Truck Values

Admin

User Profile Manager

Home | Run Lists | Vehicle Trends | Market Insights | User Reports | Specs | All Values | Contact Us | Vehicle History | Market Report

2018 GMC Sierra 3500 W/T Crew Cab 4WD LWB DRW

## Adjustments

Daily Values | Weekly Values | Monthly Values

Mileage | Add/Deducts

As Of: 10/24/2019 | National

## Wholesale

| | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| **Base** | $38,000 | $36,100 | $32,800 | $30,400 |
| **Options** | $8,250 | $8,250 | $8,250 | $8,250 |
| **Mileage** | $0 | $0 | $0 | $0 |
| **Region** | $0 | $0 | $0 | $0 |
| Adjusted | $46,250 | $44,350 | $41,050 | $38,650 |

## Trade In

| | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| **Base** | N/A | $36,670 | $33,790 | $28,575 |
| **Options** | N/A | $8,250 | $8,250 | $8,250 |
| **Mileage** | N/A | $0 | $0 | $0 |
| **Region** | N/A | $0 | $0 | $0 |
| Adjusted | N/A | $44,920 | $42,040 | $36,825 |

## Retail

| | X-CL | Clean | Average | Rough |
|---|---|---|---|---|
| **Base** | $43,450 | $41,100 | $35,850 | $33,225 |
| **Options** | $8,250 | $8,250 | $8,250 | $8,250 |
| **Mileage** | $0 | $0 | $0 | $0 |
| **Region** | $0 | $0 | $0 | $0 |
| Adjusted | $51,700 | $49,350 | $44,100 | $41,475 |

## Residual

Choose Months (8 of 8 selected)

| | 12 Month | 24 Month | 30 Month | 36 Month |
|---|---|---|---|---|
| Base Miles | 40K - 43K | 52K - 55K | 61K - 64K | 67K - 70K |
| Base Residual | $30,150 | $27,100 | $25,575 | $24,450 |
| % ERT* | 65% | 59% | 55% | 53% |
| Add/Deducts | $7,750 | $7,250 | $7,000 | $6,750 |
| Adj. Residual | $37,900 | $34,350 | $32,575 | $31,200 |

| | 42 Month | 48 Month | 60 Month | 72 Month |
|---|---|---|---|---|
| Base Miles | 76K - 79K | 82K - 85K | 94K - 97K | 106K - 109K |
| Base Residual | $23,025 | $22,050 | $19,850 | $18,275 |
| % ERT | 50% | 48% | 43% | 40% |
| Add/Deducts | $6,500 | $6,250 | $5,750 | $5,250 |
| Adj. Residual | $29,525 | $28,300 | $25,600 | $23,525 |

*Base residual values are projected values for typically equipped vehicle in average condition with indicated miles. Residual values are published 7 times a year: January, March, May, July, September, October, and November.*

*ERT: Typically equipped retail price

### End-of-Term

|       | Date | Expected Miles | Base Miles |
|-------|------|----------------|------------|
| Start | N/A  | N/A            | N/A        |
| EOT   | N/A  | N/A            | N/A        |

|                        | Value |
|------------------------|-------|
| Base                   | N/A   |
| % Equipped Retail      | N/A   |
| Miles Adjustment       | N/A   |
| Add/Deducts Adjustment | N/A   |
| EOT Residual           | N/A   |

NOTE: Be sure to enter the end of term date and miles in order to get proper End of Term results. If the date range spans more than 72 months, then 72 month adjusted residual will be returned as the End-of-Term Value.

For inquiries or more information or data, email us at NARInternet@blackbookusa.com or call 1-800-554-1026.

Copyright ©2019 Hearst Business Media Corp. ALL RIGHTS RESERVED. — App Version: aw2 1.8.23

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: | Case No. 19-42456-BEM |
| MICHAEL STEVEN PRITCHARD and REBECCA DANIELLE PRITCHARD, | Chapter 7 |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on November 14, 2019, I served a copy of

**Notice of Hearing and Motion for Relief from the Automatic Stay** which was filed in this bankruptcy matter on November 14, 2019, in the manner indicated:

**The following parties have been served via e-mail**:

Dan Saeger
dan@whitfieldcountylaw.com

Thomas D. Richardson
trichardson@brinson-askew.com

**The following parties have been served via U.S. First Class Mail**:

Michael Steven Pritchard
33 Furrow Lane
Chatsworth, GA 30705-8200

Rebecca Danielle Pritchard
33 Furrow Lane
Chatsworth, GA 30705-8200

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: November 14, 2019

*Radha Gordon*
Radha Gordon, Bar No.: 347192
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: rgordon@aldridgepite.com